IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00083-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FUDONG WU, and
2.    HANLI YANG,

    Defendants.

## MOTION TO UN-RESTRICT

The United States, by and through United States Attorney Jason R. Dunn, and Assistant United States Attorney Barbara Skalla, hereby respectfully requests the Court un-restrict the Indictment, Arrest Warrants, the Government's Motion to Restrict, and the Order to Restrict in this case.

The warrants have been executed and the defendants have been arrested; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   *s/ Barbara Skalla*
BARBARA SKALLA
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Barbara.Skalla@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2019, I electronically filed the foregoing **MOTION TO UN-RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov