IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00083-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XIAN HUOSHENG, and
2. YOULIAN ZHONG,

    Defendants.

## ORDER TO UN-RESTRICT INDICTMENT [DOCKET NO. 19]

The Court has for consideration the government's Motion to Un-restrict wherein the Government asks this Court to un-restrict its Indictment and Arrest Warrants in this case. Upon consideration,

IT IS ORDERED that the above documents be unrestricted.

IT IS SO ORDERED on this 3d day of June, 2019.

BY THE COURT:

*[signature]*
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO